**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Greer, Robert | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Greer, Maria Magnolia C |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names):<br>None |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all): 6883 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all): 4639 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>66 E. 90th Street<br>Chicago, Illinois 60619 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>66 E. 90th Street<br>Chicago, Illinois 60619 |
| County of Residence or of the Principal Place of Business: Cook | County of Residence or of the Principal Place of Business: Cook |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | Attorney: Steven A. Leahy, 6273453<br>The Law Office of Steven A. Leahy<br>150 North Michigan Avenue<br>Suite 1100<br>Chicago, Illinois 60601 ph: 312-664-6649 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☑ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other _____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13
- ☐

**Nature of Debts** (Check one box)
- ☑ Consumer/Non-Business
- ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-633 - 31557

**(Official Form 1) (12/03)** FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Robert Greer & Maria Magnolia C. Greer |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: NONE | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Robert Greer
Signature of Debtor

X  /s/ Maria Magnolia C. Greer
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X  /s/ Steven A. Leahy
Signature of Attorney for Debtor(s)

STEVEN A. LEAHY  6273453
Printed Name of Attorney for Debtor(s)

The Law Office of Steven A. Leahy
Firm Name

150 North Michigan Avenue
Address

Suite 1100  Chicago, Illinois 60601

312-664-6649
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  /s/ Steven A. Leahy
Signature of Attorney for Debtor(s)    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-633 - 31557

| | | |
|---|---|---|
| AMERICAN EXPRESS<br>P O BOX 297871<br>FORT LAUDERDAL, FL 33329 | AMEX<br>PO BOX 297871<br>FORT LAUDERDALE, FL 33329 | BALLY TOTAL FITNESS<br>12440 E IMPERIAL SUITE 3<br>NORWALK, CA 90650 |
| BANK OF AMERICA MORTGA<br>PO BOX 9000<br>GETZVILLE, NY 14068 | BP/CITI<br>PO BOX 15687<br>WILMINGTON, DE 19850 | CBUSASEARS<br>PO BOX 6189<br>SIOUX FALLS, SD 57117 |
| CHRYSLER FINANCIAL<br>999 OAKMONT PLAZA DR<br>WESTMONT, IL 60559 | CITIFINANCIAL RETAIL S<br>PO BOX 2065<br>TEMPE, AZ 85280 | DISCOVER FINANCIAL SVC<br>PO BOX 15316<br>WILMINGTON, DE 19850 |
| FIRST USA BANK<br>800 BROOKSEDGE BLVD<br>WESTERVILLE, OH 43081 | FRANKLIN CAPITAL<br>47 W 200 S STE 500<br>SALT LAKE CITY, UT 84101 | FST USA BK<br>PO BOX 8650<br>WILMINGTON, DE 19899 |
| GUARANTY SAVINGS BK<br>7901 W BROWN DEER RD<br>MILWAUKEE, WI 53223 | HB FSB<br>PO BOX 8633<br>ELMHURST, IL 60126 | HSBC/BSBUY<br>PO BOX 15519<br>WILMINGTON, DE 19850 |
| HSBC/WICKS<br>90 CHRISTIANA RD<br>NEW CASTLE, DE 19720 | LORD & TAYLOR<br>300 SHEFFIELD CTR<br>LORAIN, OH 44055 | MARKET STREET MORTGAGE<br>2650 MCCORMICK DR STE 20<br>CLEARWATER, FL 33759 |
| MBGA/JC PENNEY<br>PO BOX 981131<br>EL PASO, TX 79998 | RNB-FIELDS3<br>PO BOX 9475<br>MINNEAPOLIS, MN 55440 | SHELL/CITI<br>PO BOX 15687<br>WILMINGTON, DE 19850 |
| WELLS FARGO FINANCIAL<br>700 W. ACADEMY DR.<br>BESSEMER, AL 35020 | WFFINANCE<br>3201 N 4TH AVE<br>SIOUX FALLS, SD 57104 | WFFINANCE<br>860 CIVIC CENTER DR<br>NILES, IL 60714 |
| WFNNB/LERNER<br>PO BOX 182121<br>COLUMBUS, OH 43218 | WFNNB/LIMITED<br>PO BOX 330066<br>NORTHGLENN, CO 80233 | WFNNB/STRUCTURE/EXP ME<br>PO BOX 330064<br>NORTHGLENN, CO 80233 |